STATE v. JONES

No. 4P84.

Case below: 65 N.C. App. 428.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 3 April 1984 for the sole purpose of remanding to the North Carolina Court of Appeals for further remanding to the Superior Court, Gaston County, for resentencing without the application of the aggravating factor listed in G.S. 15A-1340.4(a)(1)g.

STATE v. MAYNARD

No. 629P83.

Case below: 65 N.C. App. 81.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.

STATE v. MOORE

No. 569P83.

Case below: 64 N.C. App. 516.

Petition by Board of Education for discretionary review under G.S. 7A-31 denied 3 April 1984.

STATE v. MOORE

No. 597P83.

Case below: 64 N.C. App. 686.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1984.

STATE v. OXENDINE

No. 570P83.

Case below: 64 N.C. App. 559.

Petition by defendant Tony Lee Oxendine for discretionary review under G.S. 7A-31 denied 3 April 1984.